IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>        Plaintiff,<br><br>vs.<br><br>P.A. MCGUINNESS, et al.,<br><br>        Defendants. | No. 1:07-cv-1064-GMS<br><br>**ORDER** |

The Court has received and considered Plaintiff's Motion for Entry of Default (Dkt. # 23). The docket does not reflect any service of process on Defendant P.A. McGuinness. Therefore,

**IT IS HEREBY ORDERED** denying the motion for entry of default.

DATED this 19th day of February, 2009.

                                              G. Murray Snow
                                           United States District Judge