IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE, | ) |
| Plaintiff, | ) No. 1:07-cv-1064-GMS |
| vs. | ) |
| P.A. MCGUINNESS, et al., | ) **ORDER** |
| Defendants. | ) |

The Court has received and considered Plaintiff's Motion for Order Directing Service by United States Marshal Without Prepayment of Costs (Dkt. # 22). The docket does not reflect any service of process on Defendant P.A. McGuinness. Therefore,

**IT IS HEREBY ORDERED** granting the motion (Dkt. # 22) and directing the United States Marshal to serve the subpoena.

**IT IS FURTHER ORDERED** directing the Plaintiff to promptly provide the United States Marshal's Service with a copy of this Order, the subpoena and any other information needed to complete service.

DATED this 10th day of March, 2009.

.

G. Murray Snow
United States District Judge