IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>    Plaintiff,<br><br>vs.<br><br>P.A. MCGUINNESS, et al.,<br><br>    Defendants. | No. 1:07-cv-1064-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Perlita McGuinness, M.D. (Dkt. # 44), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing Perlita McGuinness, M.D. with prejudice from this action, each side to bear their own attorneys' fees and costs.

DATED this 2nd day of June, 2009.

_____
G. Murray Snow
United States District Judge