IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR URIBE,)
)  No. 1:07-cv-1064-GMS
      Plaintiff,)
)
vs.)
)  **ORDER**
P.A. MCGUINNESS, et al.,)
)
      Defendants.)

Pending before the Court is Plaintiff's Motion for an Order Compelling Discovery (Dkt. # 40). After having reviewed the motion, the Defendant's Opposition (Dkt. # 54), which includes the Defendant's further responses, and counsel's affidavit explaining the reason for the initial delay, and Plaintiff's Reply (Dkt. # 52), the Court has determined that all of Defendant's responses to Request for Admissions Nos. 1, 2, 4, 5, 7, 9, 12, 14 and 18 are adequate as supplemented by Defendant's further responses. The Court further determines that Defendant's response to Interrogatory Nos. 11 and 13 are adequate. Plaintiff has also filed a Motion/Request for Judicial Notice (Dkt. # 51) and Motion for Sanctions (Dkt. # 45). Therefore,

/ / /

/ / /

1   **IT IS HEREBY ORDERED** denying Plaintiff's Motion to Compel (Dkt. # 40) and
2   Motion for Sanctions (Dkt. # 45), and directing the Clerk of the Court to terminate the
3   Motion/Judicial Notice (Dkt. # 51).
4   DATED this 1st day of July, 2009.

*G. Murray Snow*
G. Murray Snow
United States District Judge