1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   CESAR URIBE,                          )
                                          )   No. 1:07-cv-1064-GMS
10              Plaintiff,                 )
                                          )
11  vs.                                   )
                                          )   **ORDER**
12  P.A. MCGUINNESS, et al.,              )
                                          )
13              Defendants.               )
                                          )
14  _____  )

15

16          Pending before the Court are Plaintiff's Motion for an Extension of Time to Conduct

17  Further Discovery, Pursuant to FRCP Rule 6(b) (Dkt. # 57); Motion for Order Directing

18  Service (Dkt. # 60); and Motion for Leave of Court to Take Oral Depositions of Non-Party

19  Material Witnesses and Defendant by Plaintiff Confined in Prison (Dkt. # 61).  The Court

20  addresses each in turn.

21          Plaintiff's Motion for an Extension of Time to Conduct Further Discovery (Dkt.

22  # 57) is granted in part and denied in part.  The discovery cutoff will remain in place as to

23  all Defendants and/or third-parties.   Nevertheless, because Plaintiff has outstanding

24  discovery remaining to be served on Florence R. Wheeler Cancer Center in Bakersfield,

25  California, and medical records from the California Substance Abuse Treatment Facility,

26  Plaintiff will be allowed to use those records when they are obtained.  The Court further

27  directs that the United States Marshal's Office serve those subpoenas within 60 days of this

28

1   Order if they have not already been served. Plaintiff is granted a 90-day discovery extension

2   in which to complete the outstanding discovery.

3         Plaintiff's Motion for Leave to take Oral Depositions of Non-Party Material

4   Witnesses and Defendant (Dkt. # 61) is denied.  Plaintiff has known the identity of Dr.

5   Davis and Dr. Bhatt throughout the pendency of this action and could have and should have

6   sought to take their depositions at an earlier date if they were desired.  Plaintiff has had

7   adequate time in which he was aware of the identities of J.L. Correa and J.D. Rosgro to

8   similarly notice their depositions in a timely fashion.  He is not justified now that discovery

9   is closed, in seeking to take their depositions.  Therefore,

10        **IT IS HEREBY ORDERED** granting in part and denying in part Plaintiff's Motion

11  for an Extension of Time to Conduct Further Discovery (Dkt. # 57), to and including

12  **September 24, 2009**, in which to complete the **pending** discovery.

13        **IT IS FURTHER ORDERED** directing Plaintiff to provide the documentation to

14  the United States Marshal's office necessary to serve the Custodian of Records at Mercy

15  Hospital, Florence R. Wheeler Cancer Center in Bakersfield, California **within ten days**

16  of the date of this Order.

17        **IT IS FURTHER ORDERED** granting the Motion for Order Directing Service

18  (Dkt. # 60) and directing the United States Marshal's to serve the subpoena duces tecum

19  upon the Custodian of Records at Mercy Hospital, Florence R. Wheeler Cancer Center in

20  Bakersfield, California **within 60 days** of the date of this Order.

21        **IT IS FURTHER ORDERED** denying Plaintiff's Motion for Leave to take Oral

22  Depositions of Non-Party Material Witnesses and Defendant (Dkt. # 61).

23        DATED this 10th day of August, 2009.

24

25  _____

26  G. Murray Snow
    United States District Judge

27

28                              - 2 -