IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>           Plaintiff,<br><br>vs.<br><br>P.A. MCGUINNESS, et al.,<br><br>           Defendants. | No. 1:07-cv-1064-GMS<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion for Leave to file an Amended Complaint (Dkt. # 64), Notice of Plaintiff's Consent for Referral to Mediation and Stay of Proceedings (# 68), and Motion for Extension of Time to Amend the Pleadings, Pursuant to FRCP, Rule 6(b) (Dkt. # 69). After consideration,

**IT IS HEREBY ORDERED** granting the Motion for Leave to File an Amended Complaint (Dkt. # 64), and directing the Clerk of the Court to file the lodged Amended Complaint (Dkt. # 65).

**IT IS FURTHER ORDERED** referring this matter for mediation and staying this matter for a period of sixty (60) days from the date of this Order.

**IT IS FURTHER ORDERED** denying Plaintiff's Motion for an Extension of Time to Amend the Pleadings, Pursuant to FRCP, Rule 6(b) (Dkt. # 69).

DATED this 18th day of August, 2009.

_G. Murray Snow_
G. Murray Snow
United States District Judge