IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR URIBE,

      Plaintiff,                       No. 1:07-cv-1064-GMS

      vs.

P.A. MCGUINNESS, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison-Corcoran (CSP-COR) on December 7, 2009, at 1:00 p.m. Therefore,

      **IT IS HEREBY ORDERED** that:

      1. The stay on this matter is extended from October 18, 2009 until **December 18, 2009**.

      2. This case is set for mediation on **December 7, 2009, at 1:00 p.m.** at CSP-COR, 4001 King Avenue, Corcoran, California.

      3. The parties are directed to provide confidential settlement conference statements to Magistrate Judge Kellison, 501 I Street, Sacramento, California 95814, so that they arrive no later than **November 30, 2009**.

      DATED this 15th day of September, 2009.

_____
G. Murray Snow
United States District Judge