IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR URIBE,

     Plaintiff,                        No. 1:07-cv-1064-GMS

vs.

P.A. MCGUINNESS, et al.,

     Defendants.                <u>ORDER</u>

      Pending before this Court is Plaintiff's Motion for Modification of Order re Mediation (Dkt. # 82). The Court has arranged to have the settlement conference conducted via video conference. Plaintiff will remain at the Correctional Training Facility in Soledad, California. Magistrate Judge Craig S. Kellison will remain at his courthouse in Redding and the Deputy Attorney General will participate from the courthouse in Sacramento. Therefore,

      **IT IS HEREBY ORDERED** granting in part and denying in part the Motion for Modification of Order re Mediation (Dkt. # 82).

      **IT IS FURTHER ORDERED** resetting the settlement conference for **December 10, 2009 at 2:00 p.m.,** with the parties participating as noted above via video conference.

      **IT IS FURTHER ORDERED** that the Deputy Attorney General shall ensure that Plaintiff is available for the settlement conference via video conference on December 10, 2009 at 2:00 p.m. The Deputy Attorney General is directed to contact Sujean Younger, ADR Program Director, by **December 7, 2009** with the telephone number to contact Plaintiff for

1

1  the settlement conference.

2  DATED this 1st day of December, 2009.

*G. Murray Snow*
United States District Judge