IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,                       No. 1:07-cv-1064-GMS

    vs.

P.A. MCGUINNESS, et al.,

    Defendants.                   **SCHEDULING ORDER**

_____/

    Pending before this Court is Defendant Bhatt, M.D.'s Notice of Motion and Motion for Revised Scheduling Order (Dkt. # 87) and Plaintiff's Statement of No Opposition (Dkt. # 90). After consideration,

    **IT IS HEREBY ORDERED** granting the Motion (Dkt. # 87).

    **IT IS FURTHER ORDERED** that Plaintiff is directed to effect service of the Amended Complaint on Defendant Benjamin Edger, Jr. **within 21 days** of the date of this Order. Plaintiff is also directed to provide a copy of this Order to Defendant Edger.

    **IT IS FURTHER ORDERED** that the parties shall comply with the following deadlines and discovery orders:

1

1. Last day by which discovery requests may be submitted (discovery request cutoff date): **April 6, 2010**.

   1.1. No discovery requests may be submitted after this date except by stipulation of the parties or by Court order for good cause shown.

   1.2. Responses to discovery must be filed within the time provided by the rules unless the parties stipulate otherwise.

2. If defendant(s) desire to take plaintiff's deposition they may do so by no later than: **May 6, 2010**.

   2.1. Leave of Court for the taking of such deposition is granted pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure.  The deposition may be taken by telephone at the option of defendant(s).

3. Dispositive motion deadline is:    **June 4, 2010**.

4. Proposed joint pretrial order lodged with the Court by:  **July 6, 2010 or 30 days** after the Court's ruling on dispositive motions, if any.

   4.1. Defendant(s) is/are responsible for initiating the drafting and submission of the proposed pretrial order in the form prescribed by the assigned trial judge.

5. Limits on discovery.

   5.1. Interrogatories:  No more than 25 (including subparts) by each party to any other party.

   5.2. Requests for production of documents:  No more than 15 from each

party to any other party.

    5.3.    Requests for admissions: No more than 10 from each party to any other party.

    5.4.    Depositions: Because of the logistical problems involved, self-represented incarcerated parties may not take depositions without prior Court permission. Such permission will not be granted except upon a showing of exceptional circumstances.

6.    Discovery disputes.

    6.1.    The Court will not entertain motions to compel discovery, motions for sanctions, motions for protective orders, or the like unless and until there has been compliance with the following procedure: In the event of a dispute over discovery, the parties must confer in good faith, in person or by telephone, and attempt to resolve the dispute. Rule 37(a), Federal Rules of Civil Procedure. If the dispute remains unresolved, the parties must arrange and participate in a telephonic conference with the undersigned judge prior to bringing any discovery motions.

DATED this 6th day of January, 2010.

_____
G. Murray Snow
United States District Judge