IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR URIBE,

       Plaintiff,              No. 1:07-cv-1064-GMS

   vs.

P.A. MCGUINNESS, et al.,

       Defendants.        <u>ORDER</u>

_____/

      Pending before the Court is Plaintiff's Notice of Motion and Motion for Leave of Court to Take Oral Depositions of Nonparty Material Witnesses by Plaintiff Confined in Prison and for Waiver of Fees and Costs of said Deposition Proceedings (Dkt. # 107).  Plaintiff having failed to set forth exceptional circumstances justifying the taking of third-party depositions,

      **IT IS HEREBY ORDERED** denying the Motion for Leave of Court to Take Oral Depositions.

      DATED this 21st day of April, 2010.

_____
G. Murray Snow
United States District Judge