IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,                    No. 1:07-cv-1064-GMS

    vs.

P.A. MCGUINNESS, et al.,

    Defendants.                <u>ORDER</u>

_____/

    Pending before the Court are: (1) Plaintiff's Request for Issuance of an Order to Show Cause re Contempt, and for a Hearing Date re Same (Dkt. # 111); (2) Request for Scheduling of Telephonic Conference re Discovery Disputes, Pursuant to Revised Scheduling Order; Declaration of Cesar Uribe (Dkt. # 112); and (3) Request for Denial or Continuance of Defendant's Summary Judgment Motion under FRCP 56(f) (Dkt. # 117). The Discovery deadline has passed and any such requests should have been raised prior to the expiration of the discovery deadline. Plaintiff is entitled to no additional discovery. Therefore, Plaintiff's Rule 56(f) affidavit is unavailing. Accordingly,

    **IT IS HEREBY ORDERED** denying Plaintiff's Request for Issuance of an Order to Show Cause re Contempt, and for a Hearing Date re Same (Dkt. # 111).

    **IT IS FURTHER ORDERED** denying the Request for Scheduling of Telephonic Conference re Discovery Disputes, Pursuant to Revised Scheduling Order; Declaration of Cesar Uribe (Dkt. # 112).

**IT IS FURTHER ORDERED** denying the Request for Denial or Continuance of Defendant's Summary Judgment Motion under FRCP 56(f) (Dkt. # 117).

DATED this 17th day of June, 2010.

G. Murray Snow
United States District Judge