IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR URIBE, | | |
| | Plaintiff, | No. 1:07-cv-1064-GMS |
| vs. | | |
| P.A. MCGUINNESS, et al., | | |
| | Defendants. | ORDER |

Pending before the Court is Plaintiff's Notice of Motion and Motion for an Enlargement of Time to Oppose Defendant's Motion for Summary Judgment (Dkt. # 124). After consideration,

**IT IS HEREBY ORDERED** granting the Motion and extending the time in which Plaintiff may file his Response to the Motion for Summary Judgment (Dkt. # 114), to and including, **July 30, 2010**. No further extensions will be granted.

DATED this 30th day of June, 2010.

_____
G. Murray Snow
United States District Judge

1