IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,                     No. 1:07-cv-1064-GMS

    vs.

P.A. MCGUINNESS, et al.,

    Defendants.              <u>ORDER</u>

        Pending before the Court is Plaintiff's Notice of Motion and Motion for Sanctions for Spoilation of Evidence; and Memorandum of Points and Authorities in Support Thereof (Dkt. # 120). Due to the untimely submission and lack of any evidence that Defendant Bhatt destroyed any records the Court denies the motion. Accordingly,

        **IT IS HEREBY ORDERED** denying the Motion for Sanctions for Spoilation of Evidence.

        DATED this 8th day of July, 2010.

*/s/ G. Murray Snow*
G. Murray Snow
United States District Judge

1